*E-filed 3/28/06*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHIRLEY PONCINI,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant.<br>_____/ | No. C 05-00233 HRL<br><br>**ORDER TO SHOW CAUSE RE:**<br>**FAILURE TO APPEAR** |

    A Case Management Conference was scheduled in this matter for March 28, 2006 at 1:30 p.m. Counsel for defendant was present. Plaintiff's counsel failed to appear.

    IT IS HEREBY ORDERED that counsel for plaintiff appear in Courtroom 2, 5th Floor of the United States District Court, 280 S. First Street, San Jose, California on **April 11, 2005 at 10:00 a.m.** and show cause, if any, why he should not be sanctioned for failure to appear at the Case Management Conference.

Dated: 3/28/06

                                                      /s/ Howard R. Lloyd
                                                      HOWARD R. LLOYD
                                                      UNITED STATES MAGISTRATE JUDGE

1  THIS SHALL CERTIFY THAT A COPY OF THIS ORDER WILL BE SENT TO:

2  Claire T. Cormier     claire.cormier@usdoj.gov

3  Gerald H. Scher     scherandbassett@yahoo.com

4
Dated:  3/28/06

                                                    /s/  RNR
                            Chambers of Magistrate Judge Lloyd

**United States District Court**
For the Northern District of California