*E-filed 4/28/06*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHIRLEY PONCINI, | No. C 05-00233 HRL |
| Plaintiff, | |
| v. | **ORDER IMPOSING SANCTIONS AGAINST PLAINTIFF'S COUNSEL** |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

When plaintiff's counsel Gerald Scher failed to appear for the scheduled Case Management Conference (CMC) on March 28, 2006, this court issued an Order to Show Cause requiring him to appear on April 11, 2006 and either offer a satisfactory explanation for his absence or face sanctions. Scher also failed to appear on April 11.

Thereafter, numerous attempts by chamber's staff to contact Scher were finally successful, and Scher submitted a "declaration" concerning his two failures to appear.

The declaration was not sworn and not signed under penalty of perjury. In it, Scher stated he missed two appearances because the e-mail address his office had used when subscribing to the court's CM/ECF system was "not one in active use in this office." Reportedly, this e-mail address had been set up by a secretary who subsequently left Scher's employ, and, when she left, the account "ceased to be used."

1  Scher's explanation does not satisfy.

2  First, Scher signed the Joint Case Managment Statement, filed March 17, 2006, which
3  prominently listed the date and time of the scheduled CMC. Accordingly, any e-mail address
4  problem aside, he had actual notice of the CMC.

5  Second, it is the lawyer's responsibility that his office e-mail addresses are monitored,
6  most certainly the address used for the court's CM/ECF system.

7  The court sanctions Scher the sum of $300.00, to be paid forthwith to the clerk of the
8  court.

9  IT IS SO ORDERED.

10  Dated: 4/28/06                                   /s/ Howard R. Lloyd
                                                    HOWARD R. LLOYD
11                                                  UNITED STATES MAGISTRATE JUDGE

THIS SHALL CERTIFY THAT A COPY OF THIS ORDER WILL BE SENT TO:

Claire T. Cormier    claire.cormier@usdoj.gov

Gerald H. Scher    g.scher@sbcglobal.net, marysanchez1970@yahoo.com

Dated: 4/28/06

/s/  RNR
Chambers of Magistrate Judge Lloyd

3