*E-filed 6/14/06*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

SHIRLEY PONCINI,

    Plaintiff,

    v.

UNITED STATES OF AMERICA,

    Defendant.

                                         /

Case No. C05-00233 HRL

**ORDER (1) TO SHOW CAUSE RE: FAILURES TO APPEAR, TO PROSECUTE, AND TO COMPLY WITH COURT RULES AND ORDERS, AND (2) VACATING CASE MANAGEMENT CONFERENCE DATES**

It is hereby ordered that Gerald H. Scher, plaintiff's counsel, appear in person in Courtroom 2, Fifth Floor, United States District Court, 280 South First Street, San Jose, California, 90113 on Tuesday, June 20, 2006 at 10:00 AM and show cause, if any, why he should not be sanctioned and/or the action dismissed for:

    1. Failure to file opposition or appear at the hearing on defendant's motion to dismiss for failure to prosecute;

    2. Failure to submit plaintiff's initial disclosures as required by Fed. R. Civ. P. 26 and as specifically ordered by the court;

    3. Failure to respond to discovery;

    4. Failure to comply with the court's Electronic Case Filing system; and

    5. In general, as amply demonstrated in the court file, a persistent indifference to the timely prosecution of this matter.

Further, the court vacates all dates set in its Case Management Order of March 28, 2006.

**IT IS SO ORDERED.**

Dated:  6/14/06                                                        /s/  Howard R. Lloyd
                                                                               HOWARD R. LLOYD
                                                                               UNITED STATES MAGISTRATE JUDGE