KEVIN V. RYAN (CSBN 118321)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CSBN 154364)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5082
   FAX: (408) 535-5081

*E-filed 6/16/06*

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHIRLEY PONCINI, ) | Case No. C 05-00233 HRL |
|     Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR MEDIATION |
| v. ) | |
| UNITED STATES OF AMERICA, ) | |
|     Defendants. ) | |

    This case is currently scheduled for mediation with a court-appointed mediator on June 22, 2006.

    Defendant contends that a mediation at this time is unlikely to be fruitful, due to the pending motion to dismiss and order to show cause, as well as the current lack of information from plaintiff relating to her claims and damages. A hearing on the order to show cause is scheduled for June 20, 2006, only two days before the scheduled mediation. Defendant's representative for the mediation would need to fly from Missouri to attend the mediation.

    Without waiving any arguments with regard to the propriety of dismissal, defendant contends that, if the case is not dismissed, a mediation would likely be more fruitful after the dismissal and order to show cause issues have been resolved, and after defendant has had a

reasonable opportunity to obtain and review plaintiff's evidence.  The March 28, 2006 Case Management Order did not set a specific deadline for mediation, so it is not clear that the recent vacation of the dates in that order vacated the mediation deadline set forth by the Court's ADR Local Rules.

Accordingly, the parties hereby STIPULATE AND REQUEST that the Court extend the deadline for mediation of this case to September 25, 2006.

Respectfully submitted,

DATED: June 15, 2006                                  KEVIN V. RYAN
                                                                        United States Attorney


                                                                        _____/s/_____
                                                                        CLAIRE T. CORMIER
                                                                        Assistant United States Attorney


DATED: June 15, 2006                                  SCHER & BASSET


                                                                        _____/s/_____
                                                                        GERALD H. SCHER
                                                                        Attorney for Plaintiff

# [PROPOSED] CASE MANAGEMENT ORDER

Upon stipulation of the parties and good cause appearing, IT IS SO ORDERED.


Dated: 6/16/06                                         /s/ Howard R. Lloyd
                                                                        HOWARD R. LLOYD
                                                                        United States Magistrate Judge


Of Counsel for Defendant:
Joseph R. Doyle
Attorney
United States Postal Service
National Tort Center
P. O. Box 66640
St. Louis, MO 63166-6640
Telephone: 314-872-5154

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE MEDIATION DEADLINE
Case No. C 05-00233 HRL                        -2-