1

2

3                                                              *E-filed 6/20/06*

4

5

6

7                              NOT FOR CITATION

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                           SAN JOSE DIVISION

11

12   SHIRLEY PONCINI,                           No. C 05-00233 HRL

13              Plaintiff,

                                                **ORDER IMPOSING SANCTIONS**
14   v.                                          **AGAINST PLAINTIFF'S COUNSEL**

15   UNITED STATES OF AMERICA,                   **Re Docket No. 26**

16              Defendant.
     _____/

17

18          Gerald H. Scher, plaintiff's counsel, represented to the court in an April 25 declaration

19   that his email address for the CM/ECF system had been established and that he would receive

20   all future notifications.  The court learned at an Order to Show Cause hearing this morning that

21   this was not true.   It is the lawyer's responsibility that his office e-mail addresses are

22   monitored, most certainly the address used for the court's CM/ECF system.

23          Furthermore, Mr. Scher failed to appear at the June 6 hearing on defendant's motion to

24   dismiss for failure to prosecute.  The court then told him to file a declaration explaining this

25   failure.  Mr. Scher claims to have done so, but the court has not seen any paper copies of this

26   declaration, nor does this declaration appear on the court's electronic docket.

27   ///

28   ///

*United States District Court*
For the Northern District of California

1   The court will not tolerate further such missteps by Mr. Scher, and sanctions him the sum of

2   $200.00, to be paid forthwith to the clerk of the court.  In other respects, the order to show

3   cause is discharged.

4        IT IS SO ORDERED.

5

6   Dated:   6/20/06                                              ___/s/ Howard R. Lloyd_____

7                                                                       HOWARD R. LLOYD
                                                                       UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court

For the Northern District of California