*E-filed 7/25/06*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHIRLEY PONCINI, | No. C 05-00233 HRL |
| Plaintiff, | |
| v. | **ORDER IMPOSING SANCTIONS AGAINST PLAINTIFF'S COUNSEL** |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

The court stated in its sanctions order of June 20, 2006 that it would not tolerate further missteps by Gerald H. Scher, plaintiff's counsel. A joint case management statement was due on July 18, 2006. Mr. Scher failed to comply with this requirement, submitting a separate case management statement a week late. The court SANCTIONS Mr. Scher the sum of $250.00, to be paid forthwith to the clerk of the court.

IT IS SO ORDERED.

Dated: 7/25/06

/s/ Howard R. Lloyd
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

THIS IS TO CERTIFY THAT A COPY OF THIS NOTICE WILL BE SENT TO:

Claire T. Cormier claire.cormier@usdoj.gov

Gerald H. Scher geraldscher@sbcglobal.net, marysanchez1970@yahoo.com


Dated: 7/25/06                          /s/ JMM
                                Chambers of Magistrate Judge Howard R. Lloyd