*E-filed 10/23/06*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHIRLEY PONCINI, | No. C 05-00233 HRL |
| Plaintiff, | |
| v. | **ORDER EXTENDING DEADLINES** |
| UNITED STATES OF AMERICA, | |
| Defendant. / | |

Upon stipulation of the parties and good cause appearing, the case schedule is now as follows:

| | |
|---|---|
| Fact Discovery Cutoff: | November 9, 2006 |
| Expert Disclosure: | December 1, 2006 |
| Rebuttal Expert Disclosure: | January 5, 2007 |
| Expert Discovery Cutoff: | February 2, 2007 |
| Dispositive Motions Hearing Deadline: | March 13, 2007, 10:00 a.m. |
| Final Pretrial Conference: | April 17, 2007, 1:30 p.m. |
| Bench Trial (2-4 days) | April 23, 2007, 9:30 a.m. |

**IT IS SO ORDERED.**

Dated:   10/23/06                                         /s/ Howard R. Lloyd
                                                          HOWARD R. LLOYD
                                                          UNITED STATES MAGISTRATE JUDGE

THIS SHALL CERTIFY THAT A COPY OF THIS ORDER WILL BE SENT TO:

Claire T. Cormier		claire.cormier@usdoj.gov

Gerald H. Scher		geraldscher@sbcglobal.net, marysanchez1970@yahoo.com

Dated:	10/23/06

                                             /s/ JMM
                                             Chambers of Magistrate Judge Lloyd