```
KEVIN V. RYAN (CSBN 118321)
United States Attorney                          *E-filed 11/15/06*
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CSBN 154364)
Assistant United States Attorney

    150 Almaden Blvd., Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5082
    FAX: (408) 535-5081
    Claire.Cormier@usdoj.gov

Attorneys for Federal Defendant
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| SHIRLEY PONCINI, | Case No. C 05-00233 HRL |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXTENDING EXPERT DEADLINES |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendants. | |

The parties to the above-entitled action, through their attorneys of record, hereby STIPULATE AND REQUEST as follows.

The parties to this action participated in a mediation on September 25, 2006. During the mediation, it was determined that the results of an additional medical diagnostic procedure might improve the settlement prospects for the case. Accordingly, the parties requested and the Court granted certain extensions of time relating to expert disclosure and discovery in order to allow for the possibility of resuming the mediation and settling the case prior to the expense of expert disclosures. The case has not settled.

Defendant's counsel has informed plaintiff's counsel that defendant is attempting to schedule a Rule 35 examination of the plaintiff, but defendant's expert is not available to

//

STIPULATION AND PROPOSED ORDER EXTENDING EXPERT DEADLINES
Case No. C 05-00233 HRL                    -1-

1  perform the examination until early December. Accordingly, defendant has requested and
2  plaintiff has agreed to a short extension of certain pretrial dates, subject to order of the Court.
3      The parties therefore stipulate and request the following changes to the pretrial schedule.

| Event | Current Date | Proposed Date |
|---|---|---|
| Expert Disclosure | December 1, 2006 | December 22, 2006 |
| Rebuttal Expert Disclosure | January 5, 2007 | January 26, 2007 |
| Expert Discovery Cutoff | February 2, 2007 | February 23, 2007 |
| Motions Hearing Deadline | March 13, 2007, 10:00 a.m. | no change |
| Final Pretrial Conference | April 17, 2007, 1:30 p.m. | no change |
| Bench Trial (2-4 Court days) | April 23, 2007, 9:30 a.m. | no change |

    The parties currently do not anticipate dispositive motions relating to expert testimony and therefore have not requested an extension of the hearing date for dispositive motions.

    Respectfully submitted,

DATED: November 2, 2006    KEVIN V. RYAN
United States Attorney

/s/
CLAIRE T. CORMIER
Assistant United States Attorney

DATED: November 6, 2006    SCHER & BASSET

/s/
GERALD H. SCHER
Attorney for Plaintiff

### [PROPOSED] ORDER

Upon stipulation of the parties and good cause appearing, IT IS SO ORDERED.

Dated: 11/14/06

HOWARD R. LLOYD
United States Magistrate Judge