Gerald H. Scher, Esq. (SBN 141175)
SCHER & BASSETT
465 S. Mathilda Avenue, Suite 210
Sunnyvale, CA 94086
(408) 739-5300

*E-filed 12/18/06*

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHIRLEY PONCINI, ) | Case No. C 05-00233 HRL |
| ) | |
| Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] |
| ) | ORDER EXTENDING TRIAL AND |
| v. ) | PRETRIAL SCHEDULE |
| ) | AS MODIFIED BY THE COURT |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendants. ) | |

The parties to the above-entitled action, through their attorneys of record, hereby STIPULATE AND REQUEST as follows.

The parties to this action participated in a mediation on September 25, 2006. During the mediation, it was determined that the results of an additional medical diagnostic procedure might improve the settlement prospects for the case. Plaintiff's counsel advises that plaintiff had that evaluation and is currently scheduled to see her original orthopedic surgeon on January 22, 2007.

Further, defense counsel scheduled a medical examination pursuant to FRCP 35. The examination was scheduled for December 11, 2006, pursuant to a stipulation signed by counsel for both parties. Plaintiff did not appear for the examination. Plaintiff's counsel states that, when he faxed back the stipulation to defense counsel in early November, the stipulation was returned back to the file by the file clerk and not given to Mr. Scher's secretary, who would have been the one to send out notice of the examination to the plaintiff. Plaintiff's counsel further contends that

plaintiff attended her deposition and the mediation, and she has cooperated fully in the process of her case. Plaintiff's counsel states that plaintiff was ready, willing and able to attend the examination. Plaintiff's counsel has agreed to pay for the cost of the missed appointment with defendant's expert physician. Plaintiff's counsel agrees to pay the missed appointment fee within 7 days of receipt of the invoice for the missed appointment. Plaintiff's counsel acknowledges that he has been advised that defendant's expert orthopedic surgeon charges $750 per hour.

At plaintiff's counsel's request, defendant is willing to extend certain dates and deadlines so long as the missed appointment fee is paid, the trial and pretrial deadlines are extended as requested below, and plaintiff's counsel personally makes certain that plaintiff is advised of the rescheduled appointment for her Rule 35 examination, which has been rescheduled for January 29, 2007, subject to the Court's approval of this stipulation.

Accordingly, in order to allow for the rescheduled Rule 35 examination and the orderly preparation of the case, the parties respectfully request the following changes to the trial and pretrial schedule for this case:

| Event | Current Date | Proposed Date |
|---|---|---|
| Expert Disclosure | December 22, 2006 | February 22, 2007 |
| Rebuttal Expert Disclosure | January 26, 2007 | March 22, 2007 |
| Expert Discovery Cutoff | February 23, 2007 | April 20, 2007 |
| Motions Hearing Deadline | March 13, 2007, 10:00 a.m. | May 15, 2007 |
| Final Pretrial Conference | April 17, 2007, 1:30 p.m. | June 19, 2007, 1:30 p.m. |
| Bench Trial (2-4 Court days) | April 23, 2007, 9:30 a.m. | June 25, 2007, 9:30 a.m. |

DATED: December 15, 2006

Respectfully submitted,
SCHER & BASSET


_____/s/_____
GERALD H. SCHER
Attorney for Plaintiff

//

STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING TRIAL AND PRETRIAL SCHEDULE
Case No. C 05-00233 HRL                    -2-

| | |
|---|---|
| DATED: December 15, 2006 | KEVIN V. RYAN<br>United States Attorney |
| | |
| | _____/s/_____<br>CLAIRE T. CORMIER<br>Assistant United States Attorney |

### [~~PROPOSED~~] ORDER

Upon stipulation of the parties and good cause appearing, IT IS ORDERED THAT,

1. Within seven days of receipt of the invoice for the missed appointment for the previously scheduled Rule 35 examination, plaintiff's counsel will pay the cost of the missed appointment.

2. Plaintiff's counsel will personally make certain that the plaintiff is advised of the rescheduled appointment for the Rule 35 examination.

3. The trial and pretrial schedule for this case is extended as requested above as modified by the court.   (Modifications are underlined.)

Dated: 12/18/06

_____
HOWARD R. LLOYD
United States Magistrate Judge