KEVIN V. RYAN (CSBN 118321)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CSBN 154364)
Assistant United States Attorney

*E-filed 2/6/07*

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5082
   FAX: (408) 535-5081
   Claire.Cormier@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHIRLEY PONCINI, ) | Case No. C 05-00233 HRL |
|    Plaintiff, ) | |
| ) | STIPULATION AND [~~PROPOSED~~] |
|    v. ) | ORDER EXTENDING EXPERT DISCLOSURE DEADLINE |
| ) | |
| UNITED STATES OF AMERICA, ) | Trial Date: June 25, 2007 |
|    Defendants. ) | |

   The parties to the above-entitled action, through their attorneys of record, hereby STIPULATE AND REQUEST as follows.

   Under the currently-ordered schedule, the parties' deadline for disclosing expert witnesses is February 22, 2007. The last day for expert discovery is April 20, 2007.

   Defendant's counsel has advised plaintiff's counsel that she is scheduled for a motion hearing in the District of Hawaii the week of February 22. Accordingly, the parties request that the deadline for disclosure of expert witnesses be continued to February 26, 2007. At this time, the parties do not request the continuance of any other dates or deadlines.

//

//

//

STIPULATION AND ~~PROPOSE~~D ORDER EXTENDING EXPERT DISCLOSURE DEADLINE
Case No. C 05-00233 HRL                      -1-


|   |   |
|---|---|
|   | Respectfully submitted, |
| DATED: February 6, 2007 | KEVIN V. RYAN<br>United States Attorney |
|   | _____/s/_____<br>CLAIRE T. CORMIER<br>Assistant United States Attorney |
| DATED: February 6, 2007 | SCHER & BASSET |
|   | _____/s/_____<br>GERALD H. SCHER<br>Attorney for Plaintiff |

**[PROPOSED] ORDER**

Upon stipulation of the parties and good cause appearing, the deadline for disclosure of expert witnesses is continued from February 22 to February 26, 2007.

IT IS SO ORDERED.

Dated:___ 2/6/07 _____          _____
                                    HOWARD R. LLOYD
                                    United States Magistrate Judge