*E-filed 2/23/07*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHIRLEY PONCINI, | No. C 05-00233 HRL |
| Plaintiff, | |
| v. | **ORDER CONTINUING TRIAL AND PRETRIAL CONFERENCE** |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Good cause appearing, the trial in this matter, previously set for June 25, 2007, is continued to September 4, 2007. The pretrial conference, previously set for June 19, 2007, is continued to August 28, 2007 at 1:30 p.m. All other dates are unchanged.

IT IS SO ORDERED.

Dated: 2/23/07

/s/ Howard R. Lloyd
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

THIS SHALL CERTIFY THAT NOTICE WILL BE SENT TO:

Claire T. Cormier claire.cormier@usdoj.gov

Gerald H. Scher geraldscher@sbcglobal.net, marysanchez1970@yahoo.com

Date:    2/23/07                            /s/  JMM
                                            Chambers of Magistrate Judge Howard R. Lloyd

2